# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Robert Bradley Fultz                         Case No:     05-35610
        Kimberly Fultz                               Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

**Debtor Name and Address**                         **Amount of Dividend**

Robert Bradley Fultz                                $825.00
Kimberly Fultz
165 Laniallii Court Unit 102
Wahiawa, Hawaii 96786


Date: 12-22-10                                      /s/Carl M. Bates
                                                    Carl M. Bates
                                                    Chapter 13 Trustee